FILED: December 3, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-2222
(8:19-cv-02715-PWG)

_____

CASA DE MARYLAND, INC.; ANGEL AGUILUZ; MONICA CAMACHO
PEREZ

        Plaintiffs - Appellees

v.

DONALD J. TRUMP, in his official capacity as President of the United States;
CHAD WOLF, in his official capacity as Acting Secretary of Homeland Security;
U.S. DEPARTMENT OF HOMELAND SECURITY; KENNETH T. CUCCINELLI,
II, in his official capacity as Acting Director, U.S. Citizenship and Immigration
Services; U.S. CITIZENSHIP AND IMMIGRATION SERVICES

        Defendants - Appellants
------------------------------

IMMIGRATION REFORM LAW INSTITUTE

        Amicus Supporting Appellant

104 BUSINESSES AND ORGANIZATIONS; AMERICAN ACADEMY OF
PEDIATRICS; MARYLAND CHAPTER, AMERICAN ACADEMY OF
PEDIATRICS; VIRGINIA CHAPTER, AMERICAN ACADEMY OF
PEDIATRICS; AMERICAN MEDICAL ASSOCIATION; MARYLAND STATE
MEDICAL SOCIETY; AMERICAN COLLEGE OF PHYSICIANS; AMERICAN
COLLEGE OF OBSTETRICIANS AND GYNECOLOGISTS; INSTITUTE FOR
POLICY INTEGRITY AT NEW YORK UNIVERSITY SCHOOL OF LAW;
UNITED STATES HOUSE OF REPRESENTATIVES; LEGAL HISTORIANS;
CENTER FOR REPRODUCTIVE RIGHTS; MEMBERS OF CONGRESS; JUDY
CHU, Chair of the CAPAC; ADRIANO ESPAILLAT, CHC Whip; YVETTE D.
CLARKE, Chair of the CBC Immigration Task Force; JOAQUIN CASTRO, Chair
of the CHC; KAREN BASS, Chair of the CBC; PRAMILA JAYAPAL, Chair of the

CAPAC Immigration Task Force; BARBARA LEE, Co-Chair of the CAPAC Healthcare Task Force; NONPROFIT ANTI-DOMESTIC VIOLENCE AND SEXUAL ASSAULT ORGANIZATIONS; IMMIGRATION LAW PROFESSORS; FISCAL POLICY INSTITUTE; PRESIDENTS' ALLIANCE ON HIGHER EDUCATION AND IMMIGRATION; PUBLIC JUSTICE CENTER

Amici Supporting Appellee

PUBLIC CITIZEN; UNITED STATES HOUSE OF REPRESENTATIVES; NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE; NATIONAL FAIR HOUSING ALLIANCE; HOUSING OPPORTUNITIES MADE EQUAL OF VIRGINIA

Amici Supporting Rehearing

_____

O R D E R
_____

A majority of judges in regular active service and not disqualified having voted in a requested poll of the court to grant the petition for rehearing en banc,

IT IS ORDERED that rehearing en banc is granted.

The parties and any amici curiae shall file 16 additional paper copies of their briefs and appendices previously filed in this case within 10 days.

This case is tentatively calendared for argument during the January 22-29, 2021, session of court.

For the Court

/s/ Patricia S. Connor, Clerk